JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ALFARO,<br><br>        Petitioner,<br><br>    v.<br><br>JUAN HERRERA,<br><br>        Respondent. | Case No. CV 22-05347 RGK (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action dismissed with prejudice.

DATED: 1/25/2024

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE