1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | BILLY ALFARO,                     Case No. CV 22-05347 RGK (RAO)

12 |                 Petitioner,

13 |         v.                        **JUDGMENT**

14 | JUAN HERRERA,

15 |                 Respondent.

16

17      Pursuant to the Court's Order Granting Motion for Reconsideration and

18 Accepting Findings, Conclusions, and Recommendations of United States Magistrate

19 Judge,

20      IT IS ORDERED AND ADJUDGED that the First Amended Petition is

21 denied, and this action dismissed with prejudice.

22

23 DATED:  3/15/2024

24                                    _____

25                                    R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE

26

27

28